Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL SHARP

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| | |
|---|---|
| MICHAEL SHARP, | Case No.: 2:11-cv-00112-ROS |
| Plaintiff, | |
| v. | **VOLUNTARY DISMISSAL** |
| NCB MANAGEMENT SERVICES, INC., | |
| Defendant. | |

**<u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, MICHAEL SHARP, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: June 13, 2011                               KROHN & MOSS, LTD.


                                                By:/s/ Ryan Lee
                                                   Ryan Lee
                                                   Attorneys for Plaintiff
                                                   MICHAEL SHARP